# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: May 28, 2020

-----------------------------------------------------------------X

CITROMAX GROUP, INC., d/b/a CITROMAX USA,

                    Plaintiff(s)

              vs.

        CASTELLA IMPORTS, INC.,

                    Defendant(s)

Civil Case No.  20-cv-1513 (ER)

**DEFAULT JUDGMENT**

-----------------------------------------------------------------X

       This action having been commenced on February 20, 2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint (Doc ## 1-2) having been personally served on the defendant, Castella Imports, Inc., on February 26, 2020 by personal service on Patrick Kipp, Managing Agent for Castella Imports, Inc., at defendant's place of business located at 66 Davids Drive, Hauppauge, New York, and a proof of service having been filed on March 12, 2020 (Doc #7), and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and a Clerk's Certificate of Default having been entered against the defendant on April 16, 2020 (Doc #11), it is

       **ORDERED, ADJUDGED AND DECREED**: That the plaintiff have judgment against defendant in the liquidated amount of $155,640.31, with interest at 9% *per annum* from October 12, 2019 amounting to $ 8788.35 , plus costs and disbursements of this action in the amount of $535.30, amounting in all to $ 164,963.96 .

Dated: New York, New York
     May 28, 2020

_____

                            U.S.D.J.